UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

**FILED**
JUN 27 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK



UNITED STATES OF AMERICA, )
      Plaintiff, )
      v. )
Griselda Alejo )
      Defendant. )

Case No. CR S-05-448-EJG

RELEASE ORDER NO. _____

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Griselda Alejo_ _____, Case No. _CR S-05-448-EJG_,

Charge _8 USC 1325_____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $ _____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

_X_ (Other) _Sentenced on Superseding Information_
_this date to time served_

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, Calif_ on _June 27_, _2006_ at _12:30_ a̶.̶m̶./p.m.

By _____
United States District Judge or
United States Magistrate

Copy 2 - Pre Trial Services